# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VASQUEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT,<br><br>　　　　　　Respondent. | Case No. ED CV 15-01550 JAK (AFM)<br><br>**JUDGMENT** |

　　This matter came before the Court on the Petition of LUIS VASQUEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 31, 2015

　　　　　　　　　　　　　　　　　　　　　/s/ John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE